USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

D. 5/27/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ZOLLER,

           Plaintiff,

-v-

INA LIFE INSURANCE COMPANY OF NEW YORK, *et al.*,

           Defendants.

No. 06 Civ. 0112 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the letter of Defendant Connecticut General Life Insurance Company s/h/a INA Life Insurance Company ("CGLIC"), requesting an adjournment of the oral argument presently scheduled for June 9, 2009. Plaintiff consents to the request.

Accordingly, Plaintiff and Defendant CGLIC are hereby directed to appear on June 19, 2009 at 2:00 p.m. for argument on Plaintiff's pending motion for attorney's fees.

SO ORDERED.

Dated:     May 27, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE