```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ZOLLER,

                Plaintiff,

-v-

INA LIFE INSURANCE COMPANY OF NEW YORK, *et al.*,

                Defendants.

No. 06 Civ. 0112 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    September 15, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE