UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ZOLLER,

                Plaintiff,

-v-

INA LIFE INSURANCE COMPANY OF NEW YORK, *et al.*,

                Defendants.

No. 06 Civ. 0112 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff requesting that the Court re-open this case for the purpose of determining the medical expense reimbursement owed to Plaintiff.

    IT IS HEREBY ORDERED that Plaintiff and Defendant Lucent shall appear for a status conference on Friday, October 16, at 4:00 p.m, if the issue has not been resolved by this time.

SO ORDERED.

Dated:     October 1, 2009
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE