UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ZOLLER,

           Plaintiff,

-v-

INA LIFE INSURANCE COMPANY OF NEW YORK, *et al.*,

           Defendants.



No. 06 Civ. 0112 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant Lucent Technologies Inc. Long Term Disability Plan for Management Employees, reflecting the consent of Plaintiff, requesting that the conference currently scheduled for October 16, 2009, be rescheduled.

    IT IS HEREBY ORDERED that the parties shall appear on Friday, October 30, at 3:30 p.m., if the issue has not been resolved by this time.

SO ORDERED.

Dated:      October 6, 2009
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE